**Opinion issued February 19, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00008-CV

———————————

**SPACE CITY PERCUSSION, Appellant**

**v.**

**AARON HERMES, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-23106**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued.

Further, although appellant failed to include a certificate of conference in the

motion, appellee has filed a response indicating agreement with the dismissal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd